

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00249-CV

**GIBBONS & BRAVOS SURVEYING L.L.C**. and Jean Michael Bravo,
Appellants

v.

Gary A. **GIBBONS**, Patricia A. Gibbons, Gibbons Surveying and Mapping, INC., Kevin W. Love, Sheila F. Love, Klove Engineering, L.L.C. and Gibbons Surveying L.L.C.,
Appellees

From the 73rd District Court, Bexar County, Texas
Trial Court No. 2020CI20997
Honorable David Canales, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's January 5, 2024 final judgment is AFFIRMED IN PART AND REVERSED AND REMANDED IN PART.

The trial court's judgment is REVERSED as to the award of attorney's fees incurred through trial to appellees in the amount of $177,113.75 and REMANDED to the trial court for further proceedings consistent with our opinion. *See* TEX. R. APP. P. 43.2(d), 44.1(b).

The trial court's judgment is otherwise AFFIRMED.

SIGNED August 13, 2025.

_____
Lori Massey Brissette, Justice